```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/14
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANDREW ZACCAGNINO on behalf of himself and all others similarly situated,

    Plaintiff,

-against-

NISSAN NORTH AMERICA, INC.,

    Defendant.

Case No. 14-cv-3690 (LLS)

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR MOVE**

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff Andrew Zaccagnino and Defendant Nissan North America, Inc., through their respective undersigned counsel, that the time for Defendant to answer, move, or otherwise respond to the Complaint is extended from June 20, 2014, up to and including July 21, 2014.

There have been no previous requests for an extension of time for Defendant to answer, move, or otherwise respond to the Complaint.

Dated: June 17, 2014

_____
Gregory M. Nespole, Esq.
WOLF HALDENSTEIN ADLER
FREEMAN & HERZ LLP
270 Madison Avenue
New York, NY 10016
(212) 545-4657
nespole@whafh.com

_____
Luke A. Connelly, Esq.
WINSTON & STRAWN LLP
200 Park Avenue
New York, New York 10166
(212) 294-6700
lconnelly@winston.com

SO ORDERED this 19 day of June 2014.

_____
Louis L. Stanton, U.S.D.J.

tm